# United States District Court
# for the Southern District of Georgia
# Brunswick Division



MARSHAWN DAVIS,

    Petitioner,

v.

RANDY TILLMAN, Warden,

    Respondent.

CIVIL ACTION NO.: CV208-073

## ORDER

Presently before the Court are Petitioner Marshawn Davis' ("Davis") Objections to the Magistrate Judge's Report and Recommendation. In his Objections, Davis contends his petition is untimely because his trial counsel was ineffective. Davis also contends he acted to avoid any problems associated with the one year statute of limitations period, but the courts delayed him. Davis further contends the "factual predicates were discovered during [his] exercise of due diligence." (Doc. No. 17, p. 2).

The assertions Davis sets forth in his Objections are not supported by the evidence before the Court and are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Davis' petition for writ of habeas corpus, filed pursuant to 28

AO 72A
(Rev. 8/82)

U.S.C. § 2254, is **DISMISSED** as it was not timely filed. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 13 day of January, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA